UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK ENSLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4649** |
| **MICHELLE FOSTER, ET AL.** | **SECTION: D (1)** |

## ORDER & REASONS

The Court, having considered Plaintiff Mark Ensley's 42 U.S.C. § 1983 Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter.  In doing so, the Court notes that it has construed Plaintiff Mark Ensley's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims alleged in the Complaint[5] against Defendants, Michelle Foster, New Orleans Metropolitan Crime Commission, and Rafael Goyeneche, III, are **DISMISSED, without prejudice,** for lack of subject-matter jurisdiction, for the reasons stated in the Report and Recommendation.

New Orleans, Louisiana, February 1, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 4.
[2] R. Doc. 7.
[3] Objections were due January 11, 2023.  Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections.  None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[5] R. Doc. 4.